FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Christopher Lamela Havana, <br><br> Defendant. | Case No.: SA CR 9-240-CJC- <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown bail resources, apparent prior

1  probation violations, apparent inability to
2  comply w/ conditions of release as evidenced by prior
3  revocation of probation
4      and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9      on: _____
10     _____
11     _____
12     _____
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:   10/8/13                    _____
                                       JEAN ROSENBLUTH
18                                     U.S. MAGISTRATE JUDGE

2